IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MATTHEW WHITTEN, | |
|---|---|
| Plaintiff, | 8:15-CV-96 |
| vs. | |
| CITY OF OMAHA, a political subdivision; et al., | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on plaintiff's objection (filing 15) to the Magistrate Judge's Findings, Recommendation, and Order (filing 13), in which the Magistrate Judge recommended that the plaintiff's claims against John Doe defendants, named in the Amended Complaint as "other unknown members of the Omaha Police Department Major Crimes Unit, individually and as Officers of the Omaha Police Department," filing 12, be dismissed with prejudice, filing 13 at 2.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record. Being fully advised in the premises, the Court agrees with the Magistrate Judge's ruling, and overrules the plaintiff's objection for the reasons explained by the Magistrate Judge.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 13) are adopted.
2. The plaintiff's objection (filing 15) is overruled.
3. The plaintiff's claims against all John Doe defendants are dismissed with prejudice.

Dated this 10th day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge