IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW WHITTEN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OMAHA, a political subdivision; et. al; <br><br> Defendants. | 8:15CV096 <br><br> ORDER |

A telephonic conference to discuss case progression was scheduled for January 10, 2017 at 8:30 a.m. Notice of the hearing was mailed to the plaintiff at his address of record. That mailing was not returned. Plaintiff did not attend the hearing and has not called my chambers to explain his absence.

Accordingly,

IT IS ORDERED that Plaintiff is given until February 7, 2017 to show cause why the court should not dismiss his claims for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

January 17, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge