IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW WHITTEN,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a political subdivision et al.;<br><br>                Defendants. | 8:15CV96<br><br>**FINDINGS AND RECOMMENDATION** |

On January 17, 2017, Matthew Whitten was given until February 7, 2017 to show cause why the court should not dismiss his complaint for want of prosecution, and was warned that the failure to comply may result in dismissal of his claims without further notice. (Filing No. 64).

Mr. Whitten has not responded to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Matthew Whitten's claims be dismissed for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 23rd day of February, 2017.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge